**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————

**No. 05-6281**

———————

TION BERNARD TERRELL,

Plaintiff - Appellant,

versus

K. J. BASSETT, Warden in his/her personal and
professional capacities; SERGEANT BARNETTE, in
his/her personal and professional capacities;
SERGEANT DAVIS, in his/her personal and
professional capacities; DAVID ROBINSON,
Warden, in his/her personal and professional
capacities; LIEUTENANT BANKS in his/her
personal and professional capacities; MAJOR
DILLARD, in his/her personal and professional
capacities; ASST WARDEN VAUGHN, in his/her
personal and professional capacities; DOC
WATSON, in his/her personal and professional
capacities; LIEUTENANT COMBS, in his/her
personal and professional capacities; MAJOR
PAYNE, in his/her personal and professional
capacities; GENE SHINAULT, Assistant Warden,
in his/her personal and professional
capacities; MS. BARBETTO, in his/her personal
and professional capacities; CAPTAIN JENKINS,
in his/her personal and professional
capacities,

Defendants - Appellees.

———————

Appeal from the United States District Court for the Eastern
District of Virginia, at Norfolk. Rebecca Beach Smith, District
Judge. (CA-05-2-2)

———————

Submitted: May 19, 2005               Decided: May 26, 2005

Before LUTTIG, MOTZ, and GREGORY, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Tion Bernard Terrell, Appellant Pro Se.

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Tion Bernard Terrell appeals the district court's order dismissing his 42 U.S.C. § 1983 (2000) complaint pursuant to 28 U.S.C. § 1915A (2000) for failure to state a claim on which relief could be granted. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. <u>See</u> <u>Terrell v. Bassett</u>, No. CA-05-2-2 (E.D. Va. filed Jan. 21, 2005 & entered Jan. 24, 2005). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

<u>AFFIRMED</u>